3/14/18 9:02AM

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Sivyer Steel Corporation |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF IOWA |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| First Insurance Funding<br>450 Skokie Blvd, Suite 1000<br>Northbrook, IL 60062-7917 | | Financing for insurance coverage for property, cargo, freight, liability insurance | | | | $902,028.01 |
| General Electric Company<br>16201 Three Wide Drive E 206<br>Fort Worth, TX 76177 | | | | | | $884,349.00 |
| Canfield & Joseph, Inc.<br>PO Box 471285<br>Tulsa, OK 74147 | | Foundry supplies provider | | | | $644,245.08 |
| Shenyang Jinli Metals & Minerals Import & Export Co. Ltd<br>Room 15-4 No. 22<br>Shenyang 110014<br>CHINA | | | | | | $465,895.22 |
| JP Morgan Chase<br>PO Box 4475<br>Carol Stream, IL 60197-4475 | | | | | | $447,690.02 |
| MidAmerican Energy Services, LLC<br>PO Box 8019<br>Davenport, IA 52808-8019 | | | | | | $319,297.40 |
| Carpenter Brothers, Inc.<br>Box 88113<br>Milwaukee, WI 53288-0113 | | | | | | $297,302.27 |

Debtor **Sivyer Steel Corporation**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, ) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Godfrey & Kahn  Bin #318  Milwaukee, WI 53288-0318 | | | | | | $231,157.43 |
| Richardson Manufacturing Co.  2209 Old Jacksonville Rd.  Springfield, IL 62704 | | Machine Shop | | | | $227,925.50 |
| Smith S J Welding Supply  3707 W. River Dr.  Davenport, IA 52802 | | Gas cylinder, weld consumables, and safety provider | | | | $161,711.99 |
| Ningbo Daming Precision Casting Co. Ltd.  Hehua Bridge  Yunlong Town  Ningbo 315135  CHINA | | | | | | $148,787.36 |
| BDI - Bearing Distributors  Attn: Chip Gonezy  8000 Hub Parkway  Cleveland, OH 44125 | | Maintenance material provider | | | | $146,701.79 |
| Foundry Sand Service, LLC  5401 Victoria Dr.  Suite 100  Davenport, IA 52807 | | Chromite provider | | | | $142,367.00 |
| Alter Trading Corporation  Lockbox 774903  4903 Solution Center  Chicago, IL 60677-4009 | | | | | | $139,430.33 |
| American Colloid Co.  NW 5020  PO Box 1450  Minneapolis, MN 55458-5020 | | | | | | $137,925.80 |
| ASI International LTD  1440 E 39th St.  Cleveland, OH 44114 | | Alloy provider | | | | $129,985.74 |
| Cores for You  160 Hamilton Industrial Park  Hamilton, IL 62341 | | | | | | $111,969.31 |

3/14/18 9:02AM

Debtor **Sivyer Steel Corporation**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| RIM Logistics Ltd<br>Deprtment 4026<br>PO Box 4653<br>Hinsdale, IL<br>60522-4653 | | | | | | $109,840.07 |
| Manley Brothers of Indiana, Inc.<br>PO Box 80<br>300 S. Vermillion st.<br>Troy Grove, IL<br>61372-0080 | | Silica provider | | | | $101,696.68 |
| MidAmerican Energy<br>PO Box 8020<br>Davenport, IA<br>52808-8020 | | Utilities | | | | $91,683.60 |