**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| In Re: | ) | Case No.: 18-00507-als11 |
| | ) | |
| **SIVYER STEEL CORPORATION** | ) | Chapter 11 |
| | ) | |
| Debtor and Debtor in Possession. | ) | Hon. Anita L. Shodeen |
| | ) | |
| 225 S 33rd St. | ) | **DECLARATION OF KEITH KRAMER** |
| Bettendorf, IA  52722 | ) | **IN SUPPORT OF FIRST DAY** |
| | ) | **MOTIONS** |
| EIN: 39-0617810 | ) | |
| | ) | No Hearing Set |

I, Keith Kramer, declare I am the President and CEO of Sivyer Steel Corporation ("Debtor"), and make this Declaration I support of the Debtor's First Day Motions:

1. I joined Sivyer Steel Corporation in July 2007 as its President. I have been in the foundry business since 1974 holding a variety of positions including data processing, production control, plant management and eventually senior management. Prior to joining Sivyer Steel, I served as President of The Chicago Faucet Company, a $100 Million subsidiary of Geberit, AG, a publically traded Swiss company.

2. Sivyer Steel was founded in 1909 in Milwaukee, Wisconsin. The company expanded in the early 1950's to include a second location in Chicago, IL. In 1962, the Chicago location was abandoned to allow for the expansion of the Dan Ryan Expressway and the facility in Bettendorf, IA was purchased. The Milwaukee location was consolidated into the Bettendorf, IA location in the early 1970's and this remains Sivyer Steels' only location.

1

3. Today, the company employs approximately 200 (USW) union workers and 30 salaried staff and has annual revenue of approximately $38.0 million. In the past, the company has had revenue as high as $70.0 million and employed upwards of 400 people.

4. Sivyer Steel produces complex steel castings for a variety of markets including mining, military, railroad, construction, oil and gas, and energy. Our key customers include: Komatsu Mining, General Dynamics Land Systems, Israeli Ministry of Defense, Alstom, Siemens and LOC Performance Products. We are the only steel foundry in the United States that is certified to produce armor steel castings for the Israeli Military.

5. As we emerged from the national recession in 2008 to 2009, the industry anticipated a period of significant growth. The ownership of Sivyer Steel, in preparation for that growth, invested over $25.0 million in capital improvements between 2010 and 2014 resulting in one of the most capable steel foundries in the US. However, the anticipated expansion did not materialize. In fact, just the opposite occurred.

6. The foundry industry as a whole has historically experienced negative market fluctuations that would normally last anywhere from 3 to 9 months. In late 2014 the steel foundries began to see a slowdown in demand across all of the major markets. In mining, it was a result of a decline in the purchase of coal. In oil and gas, it was the decline in the price of a barrel of oil. These two markets affected construction equipment and the railroad. It was a perfect storm. Unfortunately, this recession was much more severe and long lasting than any previous slow down.

7. During the period from late 2014 to late 2016, Sivyer Steel reacted to the falling demand for castings by aggressively downsizing the company. Salary staff positions were cut by nearly 70% from a high of 93 to 26. Additionally, the remaining staff took a 10% wage

reduction. In 2016, the United Steel Workers union membership voted to also accept a 10% across the board reduction in wages and extended the expiring contract for another year. Then in October of 2017, the union agreed to a new two-year contract with no changes in wages. The company and the union have maintained a very close and cooperative relationship.

8. It is important to note that his market climate did not only affect Sivyer Steel, it has affected all steel foundries in the United States. In fact, over the past two years several steel foundries have been unable to weather the storm and have permanently closed their operations.

9. Sivyer Steel survived because of the support of our bank, our customers, our vendors and our dedicated employees.

10. Our bank remained committed to helping save a local company that supported over 200 families in the community. They found creative ways to help us acquire the necessary working capital to continue operating.

11. Our customers stepped in by offering to pay deposits on casting orders so that we could purchase the necessary raw materials to produce their castings.

12. Even the vendors, who had been very negatively affected, continued to supply to us although in many cases on a COD or CIA basis.

13. And lastly, our employees willingly accepted reduced wages to assure that the company would survive this extended downturn.

14. Then in early 2017, we began to see a rapid return of demand particularly from the mining segment which was partially driven by the improving price of a barrel of oil. In fact, the demand for mining castings increased by over 70% in 2017 compared to 2016

    demand. We were faced with strong demand, and increasing backlog of orders, and not enough working capital to support the growth. After many months of trying to work our way out of this situation, it became clear that we would need assistance.

15. Given the chance to produce the demand that is currently being placed upon the company, Sivyer Steel has a very bright future. As an example, in mid-2017, the company was awarded the prototype castings for a new Israeli armored personnel carrier called the Etan. It will replace an aging vehicle in the Israeli fleet and the Israeli Ministry of Defense could purchase thousands of these vehicles over the next 10 years. Sivyer stands to gain $50.0 million dollars of orders just for this one vehicle.

16. Given a stable financial situation, Sivyer Steel Corporation has the customer base, the demand, the workforce and the technical capabilities to return to leadership position in the steel foundry industry.

    I declare under penalty of perjury, under the laws of the State of Iowa and the laws of the United States, that the foregoing is true and correct and is executed this 20th day of March, 2018 at Bettendorf, Iowa.

Dated: March 22, 2018                         /s/   Keith Kramer
                                                    Keith D. Kramer
                                                    President and CEO
                                                    Sivyer Steel Corporation

CERTIFICATE OF SERVICE:  This document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing.

 /s/     Barbara Warner