IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA
(DAVENPORT)

| | |
|---|---|
| In re<br><br>SIVYER STEEL CORPORATION,<br><br>Debtor. | Case No. 18-00507-als11<br><br>Chapter 11<br><br>Hon. Anita L. Shodeen |

**MOTION FOR ADMISSION OF JUSTIN M. MERTZ, ESQ.,
PRO HAC VICE TO UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA**

Justin M. Mertz, a lawyer who is not a member of the bar of this district, moves to appear in this case *pro hac vice* on behalf of the Official Committee of Unsecured Creditors ("Committee"). Mr. Mertz states: (1) that he is a member in good standing of the bar of the highest Court of the state of Wisconsin, and (2) that he agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the state courts of Iowa in connection with his *pro hac vice* representation in this case.

Mr. Mertz further states that he will comply with the associate counsel requirements of LR 83.1(d)(4) by associating with Johannes (John) H. Moorlach, a lawyer who has been admitted to the bar of this district under LR 83.1(b) and (c) and who has entered an appearance in this case on behalf of the Committee.

Mr. Mertz can be contacted at the address and phone number listed below the signature line.

Dated: April 5, 2018.

Respectfully submitted,

By: _____
/s/ Justin M. Mertz

**MICHAEL BEST & FRIEDRICH, LLP**
100 E. Wisconsin Ave. #3300
Milwaukee, WI 53202
414.225.4972 *phone*
414.277.0656 *fax*
jmmertz@michaelbest.com

### CERTIFICATE OF SERVICE

The foregoing instrument was served upon all parties listed herein either by electronic mail and U.S. mail as shown by the Notice of Electronic Filing through the CM/ECF system or by depositing a copy thereof to each of the parties not served via electronic mail (as indicated, if any) in the U.S. Mail, postage prepaid, in envelopes addressed to each of the parties at their respective addresses on April 5, 2018. The undersigned declares under penalty of perjury that the foregoing is true and correct.

**s/ Johannes H. Moorlach**